*82*

United States District Court
Southern District of Texas
ENTERED
AUG 10 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
AUG 10 1998
Michael N. Milby, Clerk of Court

## ORDER

| | |
|---|---|
| JOHN A. LAIRSEN, ET AL. | § |
| | § |
| VS. | §   CIVIL ACTION NO. B-96-147 |
| | § |
| MISSOURI PACIFIC RAILROAD | § |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE AND HEARING ON MOTION FOR CONTINUANCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**AUGUST 20, 1998 AT 10:00 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 10, 1998

TO:   MR. EDWARD STAPLETON
      MR. J. THOMAS RHODES
      MR. JAIME SAENZ, MR. MITCHELL CHANEY, MR. EDUARDO R. RODRIGUEZ
      MR. FRANK G. JONES
      MR. AUGUST TOUDOUZE
      MR. OSCAR ALANIZ