85

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## UNITED STATES COURTHOUSE
## P. O. DRAWER 31
## 500 E. 10TH ST., SUITE 234
## BROWNSVILLE, TEXAS 78522

United States District Court
South...

Michael N. Milby, Clerk of Court

**CHAMBERS OF**
**JOHN WM. BLACK**
**MAGISTRATE JUDGE**

PHONE (956) 548-2570

August 31, 1998

Mr. Edward A. Stapleton
1325 Palm Blvd.
Brownsville, TX 78520

Mr. J. Thomas Rhodes
LYONS & RHODES, INC.
126 Villita Street
San Antonio, TX 78205

Mr. Jaime A. Saenz
Mr. Mitchell Chaney
Mr. Eduardo Rodriguez
P. O. Box 2155
Brownsville, TX 78522

Mr. Frank G. Jones
FULBRIGHT & JAWORSKI
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095

Mr. Oscar Alaniz
P. O. Box 921
San Benito, TX 78586

    Re: C.A. B-96-147
      John A. Lairsen, et al. vs. Missouri Pacific Railroad

Gentlemen:

  This is to confirm our discussion of this date concerning the setting in this case. I have spoken to Judge Vela who is agreeable to having a jury panel report on May 3, 1999. at 8:30 AM

  The actual trial will go forward on May 17, 1999. at 9:00 AM

           Very truly yours,

           John Wm. Black
           United States Magistrate Judge