86

United States District Court
Southern District of Texas
ENTERED
SEP 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 15 1998
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOHN A. LAIRSEN, ET AL | § |
| | § |
| VS. | § C. A. NO. B-96-147 |
| | § |
| MISSOURI PACIFIC RAILROAD | § |
| COMPANY, ET AL | § |

### AGREED SCHEDULING ORDER

The Court, having considered the agreement of the parties for a new scheduling order, hereby ORDERS the following:

| | | |
|---|---|---|
| 12/14/98 ✓ | | Plaintiffs' and Intervenors' experts to be deposed by this date; |
| 3/1/99 ✓ | | Plaintiffs' and Intervenors' amended pleadings to be filed by this date; |
| 3/1/99 ✓ | | Defendant's expert witnesses to be deposed by this date; |
| 3/5/99 ✓ | | Discovery cut-off date; |
| 3/8/99 ✓ | | Defendant's amended pleadings to be filed by this date; |
| 3/15/99 ✓ | | Dispositive motions to be filed by this date; |
| 4/5/99 | | Responses to dispositive motions to be filed by this date; |
| 4/19/99 | 10:30 a.m. | Final pre-trial conference; |
| 5/3/99 | 8:30 a.m. | Jury Selection; and |
| 5/17/99 | 9:00 a.m. | Trial. |

Signed __15 SEPT__, 1998.

John Wm. Black
UNITED STATES MAGISTRATE JUDGE

5077451.1