/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOHN A. LAIRSEN and BETH A. LAIRSEN, Individually and as Next Friends of AMANDA J. LAIRSEN, A Minor, et al. § § § § § § V. § § MISSOURI PACIFIC RAILROAD § COMPANY, d/b/a UNION PACIFIC § RAILROAD COMPANY, FMC § CORPORATION, and § GARY R. LILLY § | CIVIL ACTION NO. B-96-147 |

## ORDER GRANTING SEVERANCE

On this day came on to be considered Plaintiffs' Motion to Sever and Consolidate the Claim of Lydia Garcia, as Representative of the Estate of Adelaida Hernandez. The Court, having considered the motion and the arguments of counsel, is of the opinion that the motion is well taken and should be GRANTED.

IT IS, THEREFORE, ORDERED that the claims of Lydia Garcia, as Representative of the Estate of Adelaida Hernandez are SEVERED from this action and consolidated with the action styled and numbered *Elva Aguirre, et al. v. Missouri Pacific Railroad Co., et al.*, Civil Action No. B-98-010. The claims of Lydia Garcia, individually, will remain with this action.

SIGNED this 28TH day of April, 1999.

_____
JUDGE PRESIDING