101

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 28 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN A. LAIRSEN, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-147 |
| | § | |
| MISSOURI PACIFIC RAILROAD | § | |
| COMPANY, ET AL. | § | |

## ORDER

Pending before the court is Defendant FMC Corporation's Motion for Summary Judgment (Docket No. 83).

Having reviewed this Motion, the Exhibits and the Reply, the court believes that there are sufficient fact issues to preclude the grant of a Summary Judgment.

IT IS THEREFORE **ORDERED** that FMC Corporation's Motion for Summary Judgment is **DENIED**.

SIGNED at Brownsville, Texas, this 28th day of April 1999.

John Wm. Black
United States Magistrate Judge