UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 0 6 1999

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

113

United States District Court
Southern District of Texas
FILED

JUN 2 5 1999

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOHN A. LAIRSEN, ET AL § | |
| VS. § | C. A. NO. B-96-147 |
| MISSOURI PACIFIC RAILROAD § | |
| COMPANY, ET AL § | |

## FINAL JUDGMENT

This case came before the Court for a final adjudication of the claims of Amanda Lairsen, a minor, ("Amanda") suing by and through her next friends John and Beth Lairsen; Donna Yvette Lozano, a minor, ("Donna") suing by and through her next friend, Francisco Lozano; and Yolanda Serna, a minor, ("Yolanda") suing by and through her next friend, Margarita Serna (collectively "Minor Plaintiffs") against Defendant FMC Corporation ("FMC").

Appearances were made by all parties through their respective counsel of record and by Oscar Alaniz, guardian ad litem for the Minor Plaintiffs. The parties announced ready for trial and waived a trial by jury, and announced that they had reached a settlement of this case, subject to the Court's approval. Under the terms of the settlement, Amanda will receive a judgment against FMC for _Three hundred fifteen thousand two hundred forty two + 00/100_ DOLLARS ($315,242.00); Donna will receive a judgment against FMC for FIFTY-FOUR THOUSAND ONE HUNDRED TWENTY-FIVE DOLLARS ($54,125.00); and Yolanda will receive a judgment against FMC for SEVENTEEN THOUSAND EIGHT HUNDRED THIRTEEN DOLLARS ($17,813.00). That sum will be in full settlement of all claims, demands, and causes of action that have been or could have been brought in this case by and on behalf of the Minor Plaintiffs, including all claims for damages sustained by the Minor

5241182.1

Plaintiffs as a result of the claims and causes of action asserted herein. The parties announced that the settlement was made on a doubtful and disputed claim, as FMC has denied any liability to the Minor Plaintiffs.

The Court heard evidence concerning the reasonableness of the settlement, including the underlying facts, any fault of the parties, the damages sustained by the Minor Plaintiffs, and all other evidence deemed by the Court necessary to a determination of the fairness of the settlement. This Court finds that John A. Lairsen and Beth Lairsen, as the parents of Amanda, are proper next friends of and appropriately situated to enter into a settlement agreement on behalf of Amanda; that Francisco Lozano, as the father of Donna Yvette Lozano, is a proper next friend of and appropriately situated to enter into a settlement agreement on behalf of Donna; and that Margarita Serna, as the grandmother and adoptive mother of Yolanda, is a proper next friend and appropriately situated to enter into a settlement agreement on behalf of Yolanda.

The Court then decided that the liability of FMC is uncertain, that the settlement is fair and in the best interest of the Minor Plaintiffs, and that the settlement should be approved. The Court specifically finds the proposed settlement of all of the Minor Plaintiffs' claims and causes of action, both actual and potential, is in the best interest of the Minor Plaintiffs, and is fair and reasonable. Accordingly, the Court approves the settlement as binding and conclusive in all respects of all claims and causes of action which might ever be asserted by or on behalf of the Minor Plaintiffs against FMC. The Court now approves the settlement.

It is ADJUDGED that the amount awarded by the judgment to Amanda be apportioned as follows:

5241182.1

The Sum of *One hundred thirty eight thousand seven hundred one + 80/100* DOLLARS ($138,701.80) to John A. and Beth A. Lairsen, as next friends of Amanda out of which all attorneys' fees and costs are to be paid;

The Sum of *One hundred seventy six thousand five hund forty + 00/100* DOLLARS ($126,540.23) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Amanda Lairsen, a minor.

It is ADJUDGED that the amount awarded by the judgment to Donna be apportioned as follows:

The Sum of *Twenty three thousand nine hundred five + 03/100* DOLLARS ($23,905.03) to Francisco Lozano, as next friend of Donna out of which all attorneys' fees and costs are to be paid;

The Sum *Thirty thousand two hundred nineteen + 99/100* DOLLARS ($30,219.99) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Donna Yvette Lozano, a minor.

It is ADJUDGED that the amount awarded by the judgment to Yolanda be apportioned as follows:

The Sum of *Seven thousand one hundred thirty five + 30/100* DOLLARS ($7,135.30) to Margarita Serna, as next friend of Yolanda out of which all attorneys' fees and costs are to be paid;

The Sum *Ten thousand six hundred eighty seven + 80/100* DOLLARS ($10,687.80) to Michael N. Milby, United States District Clerk for the Southern District of Texas, Brownsville Division, for the use and benefit of Yolanda Serna, a minor.

It is FURTHER ADJUDGED that the monies paid into the registry of the Court for the use and benefit of each Minor Plaintiff are to be placed into an interest-bearing account.

It is FURTHER ORDERED that FMC is fully and finally relieved and discharged from any and all liabilities, past, present, or future, known or unknown, foreseeable or unforeseeable, accrued or not accrued which are directly or indirectly connected with, or which have arisen or will arise, from the damages made the basis of this lawsuit.

5241182.1

It is FURTHER ORDERED that Court costs shall be paid by the party by whom they were incurred and that FMC shall pay the ad litem fee directly to the guardian ad litem.

It is FURTHER ORDERED that FMC be and is hereby fully and finally relieved and discharged from any and all liability as a result of the injuries and damages made the basis of this suit.

IT IS FURTHER ORDERED that any and all relief sought or prayed for by any of the parties hereto or which might have been prayed for herein, which is not herein specifically granted, be and the same is, hereby, in all things DENIED.

SIGNED 25 JUNE, 1999.

_____
John Wm. Black
United States Magistrate Judge

APPROVED AND AGREED TO:

5241182.1

_____
John A. Lairsen, as Next Friend of
Amanda Lairsen, a Minor

_____
Beth A. Lairsen, as Next Friend of
Amanda Lairsen, a Minor

LYONS & RHODES, P.C.

By _____
J. Thomas Rhodes, III
State Bar No. 16820050
Federal Bar No. 17613
126 Villita Street
San Antonio, Texas 78205
Telephone: 210/225-5251
Telecopier: 210/225-6545

COWEN & LIVESAY
Michael R. Cowen
Federal Bar No. 19967
1325 Palm Boulevard
Brownsville, Texas 78520
Telephone: 956/541-4981
Telecopier: 956/504-3674

TOUDOUZE LAW OFFICES
August Toudouze
State Bar No. 20151200
Federal Bar No.
1800 McCullough Avenue
San Antonio, Texas 78212-4024
Telephone: 956/271-7110
Telecopier: 956/271-3980

Counsel for Plaintiffs, John A. Lairsen
and Beth A. Lairsen, as Next Friends
of Amanda Lairsen, A Minor

APPROVED AND AGREED TO:

5241182.1

*Francisco Lozano* (signature)
_____
Francisco Lozano, as Next Friend of
Donna Yvette Lozano, a Minor


LYONS & RHODES, P.C.

By _____
    J. Thomas Rhodes, III
    State Bar No. 16820050
    Federal Bar No. 17613
126 Villita Street
San Antonio, Texas 78205
Telephone: 210/225-5251
Telecopier: 210/225-6545

COWEN & LIVESAY
    Michael R. Cowen
    Federal Bar No. 19967
1325 Palm Boulevard
Brownsville, Texas 78520
Telephone: 956/541-4981
Telecopier: 956/504-3674

Counsel for Intervening Plaintiff,
Francisco Lozano, as Next Friend
of Donna Yvette Lozano, A Minor

5241182.1

APPROVED AND AGREED TO:

*/s/ Margarita G. Serna*

Margarita Serna, as Next Friend of
Yolanda Serna, a Minor


LYONS & RHODES, P.C.

By */s/*

    J. Thomas Rhodes, III
    State Bar No. 16820050
    Federal Bar No. 17613
126 Villita Street
San Antonio, Texas 78205
Telephone: 210/225-5251
Telecopier: 210/225-6545

COWEN & LIVESAY
    Michael R. Cowen
    Federal Bar No. 19967
1325 Palm Boulevard
Brownsville, Texas 78520
Telephone: 956/541-4981
Telecopier: 956/504-3674

Counsel for Intervening Plaintiff,
Margarita Serna, as Next Friend
of Yolanda Serna, A Minor

5241182.1

_____
    Oscar Alaniz
      State Bar No. 00789111
      Federal Bar No. _____
P. O. Box 921
San Benito, Texas 78586
Telephone: 956/361-9990
Telecopier: 956/361-9992

Guardian Ad Litem for Amanda Lairsen,
DonnaYvette Lozano and Yolanda Serna


FULBRIGHT & JAWORSKI L.L.P.


By _____
    Frank G. Jones
    State Bar No. 10883000
    Federal Bar No. 1338
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713/651-5151
Telecopier: 713/651-5246

JOSE E. GARCIA LAW OFFICES
    Jose E. Garcia
      State Bar No. 07636780
      Federal Bar No. 3934
4301 North McColl
McAllen, Texas 78504
Telephone: 956/630-0081
Telecopier: 956/630-3631

Counsel for Defendant,
FMC Corporation


5241182.1

We acknowledge that FMC has paid to the next friends of the Minor Plaintiffs and into the registry of the Court for the use and benefit of the Minor Plaintiffs, the entire sums awarded by the Final Judgment. We now declare this judgment to be fully satisfied and discharged.

_____
John A. Lairsen, as Next Friend of
Amanda Lairsen, a Minor

_____
Beth A. Lairsen, as Next Friend of
Amanda Lairsen, a Minor

_____
Francisco Lozano, as Next Friend of
Donna Yvette Lozano, a Minor

_____
Margarita Serna, as Next Friend of
Yolanda Serna, a Minor

_____
Oscar Alaniz
   State Bar No. 00789111
   Federal Bar No. _____
P. O. Box 921
San Benito, Texas   78586
Telephone: 956/361-9990
Telecopier: 956/361-9992

Guardian Ad Litem for Amanda Lairsen,
Donna Yvette Lozano, and Yolanda Serna

5241182.1