115

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN A. LAIRSEN, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-147 |
| | § | |
| MISSOURI PACIFIC RAILROAD | § | |
| COMPANY, ET AL. | § | |

## ORDER

BE IT REMEMBERED that this day came on to be considered the Motion to Transfer Funds, of the Movants, JOHN LAIRSEN and BETH LAIRSEN, As Next of Friend of AMANDA LAIRSEN, Minor, in the above-entitled and numbered cause. The Court, having considered said relief requested, is of the opinion that said Motion is in all things GRANTED.

It is therefore, ORDERED, ADJUDGED, and DECREED, that Clerk, U. S. District Courts shall disburse the sum of $176,540.20 plus interest, and said money is to be mailed to Edward Jones located at 1405 Preston Trail, Harlingen, Texas 78552, to be invested in Bank Deposit Notes on behalf of AMANDA LAIRSEN, Minor.

SIGNED at Brownsville, Texas, this 9th day of March, 2000.

John Wm. Black
United States Magistrate Judge