117

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 19 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN A. LAIRSEN, ET AL | § | |
| | § | |
| VS. | § | C.A. NO. B-96-147 |
| | § | |
| MISSOURI PACIFIC RAILROAD | § | |
| COMPANY, ET AL | § | |

## ORDER

BE IT REMEMBERED that this day came on to be considered the Motion for Disbursement of Funds From the Registry of the Court, of the Movant YOLANDA SERNA, in the above-entitled and numbered cause. The Court, having considered said relief requested, is of the opinion that said Motion is in all things GRANTED.

It is therefore, ORDERED, ADJUDGED, and DECREED, that the Clerk, U.S. District Courts, shall disburse the sum of $17,354.47 plus interest, and said money is to be mailed to the Movant YOLANDA SERNA at 614 N. "C" Street, Harlingen, Texas 78550.

SIGNED and ENTERED this 16 day of JUNE, 2000.

THE HON. JOHN WM. BLACK
United States Magistrate Judge