**Frank Lozano**
315 W. Washington Ave.
Harlingen, Texas/78550-5468
USA
Home Phone (956)425-5878

United States District Court
Southern District of Texas
FILED

January 18, 2003

JAN 3 0 2003

Michael N. Milby
Clerk of Court

US District Court
Honorable Judge Black
Attn.: Mr. Andy Gold
PO Box 61010
Houston, Texas 77208

C A B - 96-147

Dear Judge Black,

My daughter, Donna Yvette Lozano, will be turning 18 years old on February 14, 2003. Enclosed is a copy of her birth certificate and driver license. Her social security number is 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. The court is holding a settlement payout in the *Lairsen vs. FMC Corporation case # B-96-147* for Donna until she turns 18 years old. Donna would like this settlement payout sent to:

Donna Yvette Lozano
315 W. Washington Ave.
Harlingen, Texas 78550-5468

Respectfully Yours,

*Frank Lozano*

Frank Lozano

*Donna Yvette Lozano*

Donna's signature