IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| John A. Lairsen, et al | § | |
| Plaintiff(s), | § | |
| | § | |
| VS. | § | B-96-147 |
| Missouri Pacific Railroad Co. | § | |
| Defendant(s). | § | |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Donna Yvette Lozano was a minor child. The minor has now provided satisfactory evidence that she has reached the age of majority and is now entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Donna Yvette Lozano, social security number 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, the principal $36,886.65, plus accrued interest, held in the Court's Registry for her account, pursuant to the Final Judgment and any other Court Order entered in this case. The proceeds shall be sent to the following address:

315 W. Washington Ave.
Harlingen, TX 78550-5468

DONE at, Texas this the ____ day of FEBRUARY, 2003

_____
UNITED STATES MAGISTRATE JUDGE